# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Troy Morton,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                          3:05-cv-470/3:02-cr-242

USA,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/15/05 Order.

Dockets.Justia.com

**Signed: November 15, 2005**

Frank G. Johns, Clerk
United States District Court